# United States Bankruptcy Court
## Southern District of Ohio

In re  **Julie Marie Dodds**                                   Case No.
                             Debtor(s)                         Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **April 14, 2004**                 **/s/ Julie Marie Dodds**
                                          **Julie Marie Dodds**
                                          Signature of Debtor