UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

*FILED 04 APR 27 AM 10: 23 MICHAEL D. WEBB, CLERK U.S. BANKRUPTCY COURT COLUMBUS, OHIO*

In the Matter of: : Case No. 04-55820
: Chapter 7; Judge D. Calhoun
DODDS, JULIE MARIE :

:
Debtor. :

### REJECTION BY INTERIM TRUSTEE

**PLEASE TAKE NOTICE** that, having reviewed the Statement of Affairs and Schedules which I received, I choose to reject my appointment as Interim Trustee because of the following conflict of interest: We represent a major creditor of the Debtor.

Dated: 4-26-04

_____
Frederick M. Luper, Trustee
Luper, Neidenthal & Logan
50 West Broad St., #1200
Columbus, Ohio 43215
(614) 221-7663

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Rejection was served by ordinary U.S. mail, postage prepaid or served electronically, this 26th day of April, 2004, to the following:

DODDS, JULIE MARIE
230 W WATER ST
CHILLICOTHE, OH 45601-2431

U.S. Trustee Office
170 North High Street
Columbus, Ohio 43215

Samuel L. Calig, Esq.
854 E. Broad St.
Columbus, OH 43205

_____
Frederick M. Luper, Trustee