Official Form 8
(12/03)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Julie Marie Dodds**     Case No. **04-55820**
Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

| | Description of Property | Creditor's name |
|---|---|---|
| 1. | Miscellaneous Household Goods | Citifinancial |

   *b. Property to Be Retained*     *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | Electronics | GE Capital Cons Card Co | | | X |
| 2. | 1997 Honda Accord | Vinton County National Bank | | | X |

Date **April 14, 2004**     Signature **/s/ Julie Marie Dodds**
    **Julie Marie Dodds**
    Debtor