Form a7nsuctr

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re:  Julie Marie Dodds

       Debtor(s)

SSN/TAX ID:
    xxx−xx−1830

Case No.: 2:04−bk−55820

Chapter:  7

Judge:   John E. Hoffman Jr.

### NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE AND RESCHEDULED FIRST MEETING OF CREDITORS

Notice is given that:

The U.S. Trustee has appointed:

    Susan L Rhiel
    124 S Washington Avenue
    Columbus, OH 43215

as the successor Interim Trustee in the above named proceedings.

The First Meeting of Creditors has been rescheduled to:

    June 8, 2004
    01:00 PM
    at U.S. Bankruptcy Building, 170 North High Street, Suite 204, Columbus, OH 43215

All other information indicated on the original Notice of the 341 Meeting of Creditors remains the same.

Dated: April 30, 2004

                                                             Michael D Webb
                                                              Clerk, U.S. Bankruptcy Court

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

-55820    Doc 9    Filed 05/02/04    Entered 05/03/04 01:19:42    Desc Imaged
Certificate of Service    Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0648-2         User: buchanad           Page 1 of 1            Date Rcvd: Apr 30, 2004
Case: 04-55820               Form ID: a7nsuctr        Total Served: 22


The following entities were served by first class mail on May 02, 2004.
 db         Julie Marie Dodds,   230 West Water Street,   Chillicothe, OH  45601
 aty        Samuel L Calig,   854 E Broad St,   Columbus, OH  43205
 tr         Susan L Rhiel,   124 S Washington Avenue,   Columbus, OH  43215
 ust        Asst US Trustee (Col),   Office of the US Trustee,   170 North High Street,   Suite 200,
              Columbus, OH  43215
 7119327    American Recovery Systems Inc,   1699 Wall Street, Suite 300,   Mount Prospect, IL 60056-5788
 7119328    Associates Credit Card Serv/Citibank,   PO Box 6531,   The Lakes, NV 88901-6531
 7119329    Bank One,   PO Box 94014,   Palatine, IL 60094-4014
 7119330    Capital One Bank,   PO Box 85147,   Richmond, VA 23276
 7119331    Chase Bancard Services,   PO Box 52188,   Phoenix, AZ 85072-2188
 7119332    Citibank,   c/o GE Services Limited Partnership,   6330 Gulfton, PO Box 2667 (057),
              Houston, TX 77252-2667
 7119333    Citifinancial,   1534 N Bridge Street, Suite 1,   Chillicothe, OH 45601-0296
 7119334    Direct Merchants,   PO Box 550680,   Jacksonville, FL 32255-4150
 7119336    Fashion Bug,   PO Box 856021,   Louisville, KY 40285-6021
 7119337    Fifth Third Bank (Elder-Beerman),   PO Box 740623,   Cincinnati, OH 45274
 7119338    GE Capital Cons Card Co,   PO Box 9001557,   Louisville, KY 40290-1557
 7119339    Lazarus - Macy's,   PO Box 4589,   Carol Stream, IL 60197-4589
 7119341    Sanford J Cohan Law Office,   2500 Corporate Exchange Drive,   Suite 151A,   Columbus, OH 43231-7666
 7119342    Sears,   45 Congress Street,   Salem, MA 01970
 7119340    The Limited,   PO Box 659728,   San Antonio, TX 78265-9728
 7119343    Victoria Secret,   PO Box 659728,   San Antonio, TX 78265-9728
 7119344    Vinton County National Bank,   222 East Main Street,   Chillicothe, OH 45601

The following entities were served by electronic transmission on Apr 30, 2004 and receipt of the transmission
was confirmed on:
 7119335    E-mail: mrdiscen@discoverfinancial.com Apr 30 2004 21:32:32     Discover Card,   PO Box 15251,
              Wilmington, DE 19886-5251
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2004**          **Signature:** _Joseph Speetjens_